```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

DELBERT SAWYER                                        PLAINTIFF

    v.                Civil No. 07-2032

TRANE U.S. INC.                                       DEFENDANT

## **J U D G M E N T**

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Defendant's motion for summary judgment (Doc. 10) is **GRANTED**.

IT IS SO ORDERED this 17th day of March 2008.

                                              */s/ Robert T. Dawson*
                                              Honorable Robert T. Dawson
                                              United States District Judge